Holy Nazarene Tabernacle Church v. Mattie L. Thornton et al.

On Appeal of W. G. Anderson, Appellant, v. The People of the State of Illinois, Appellee.

Gen. No. 20,367. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. DENIS E. SULLIVAN, Judge, presiding. Heard in this court at the March term, 1914. Reversed. Opinion filed December 21, 1914. Rehearing denied January 4, 1915.

*See Illinois .Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

. This case involves the same situation as that considered in the case of *Holy Nazarene Tabernacle Church v. Thornton, ante,* p. 68, except that the appellant here is W. G. Anderson, the attorney for Mattie L. Thornton, appellant in the other case.

E. H. Wright and L. A. Newby, for appellant.

Maclay Hoyne, for appellee; Edward E. Wilson, of counsel.

. Mr. Justice McSurely delivered the opinion of the court.